UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JERI KOPETZKY,<br><br>        Plaintiff,<br>vs.<br><br>LEGACY APPLE, LLC,<br><br>        Defendants. | 4:21-CV-04005-KES<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

On March 29, 2021, the Plaintiff Jeri Kopetzky, represented by Stephanie E. Pochop of Johnson Pochop & Bartling Law Office, LLP in Gregory, South Dakota, filed a motion to dismiss the above-entitled action with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i). Based upon the request of the Plaintiff, it is hereby:

ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice, and without taxation of costs, with each party bearing their own costs and attorney fees pursuant to F.R.C.P. 54 and F.R.C.P 58.

Dated this 30th day of March, 2021.

BY THE COURT:

_Karen E. Schreier_
The Hon. Karen E. Schreier
U. S. District Court ~~Presiding~~ Judge

1